## HARRIS ET AL. *v.* ROUTT ET AL.

[No. 9,080.   Filed June 28, 1916.]

From Clay Circuit Court; *John M. Rawley*, Judge.

Action between Curtis Harris and others and Dillon Routt and another.

From a judgment for the latter, the former appeals.   *Affirmed.*

*Cary L. Harrell* and *Walker & Blankenbaker*, for appellants.
*Webster V. Moffett* and *McGregor & Harris*, for appellees.

HOTTEL, P. J.—The questions presented by this appeal are substantially identical with those decided in *Harris* v. *International Steel & Iron Construction Company* (No. 9,079), *ante* 64, 112 N. E. 532, decided this term, and on the authority of that decision the judgment here is affirmed.

---

## BRYSON ET AL. *v.* CROWN OIL COMPANY ET AL.

[No. 9,045.   Filed April 20, 1916.   Rehearing denied June 29, 1916.]

From Madison Circuit Court; *Charles K. Bagot*, Judge.

Action between David A. Bryson and others and the Crown Oil Company and others.   From a judgment for the latter, the former appeals.   *Affirmed.*

*Abram Simmons*, *Frank C. Dailey* and *Charles G. Dailey*, for appellants.
*Robert W. McBride* and *Blacklidge, Wolf & Barnes*, for appellees.

IBACH, C. J.—The facts and issues in this appeal are in substance the same as in the case of *Bryson* v. *Crown Oil Co.* (No. 22,683) in the Supreme Court, 185 Ind. —, 112 N. E. 1, decided by that court on March 31, 1916; all questions presented in this appeal were decided in that appeal, and upon the authority of that case the judgment is affirmed.